# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00018-CV

**Gregory Royal, Appellant**

**v.**

**MB Landscape Solutions; Baldemar Arias; Felimon Zuniga Lopez; Thomas M. Fountain; Thomas M. Fountain & Associates, PLLC; Unnamed Thomas M. Fountain & Associates, PLLC'S Liability Insurer (T/B/D); Cypress Property and Casualty Insurance Company; Hisey Insurance Services, Inc.; Beth McFadin; Tim McGraw; DWQ Solutions; Bridge at Terracina, LLC, d/b/a Bridge at Terracina Apartments; Unnamed Bridge at Terracina, LLC; Professionals' Liability Insurer (TBD); Apartment Management Professionals; RSUI Group, Inc., Appellees**

---

### FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-22-002763, THE HONORABLE F. SCOTT MCCOWN, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on July 17, 2024. After this Court granted multiple motions requesting an extension of time to file his brief, on October 24, 2024, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by November 4, 2024, would result in the dismissal of this appeal for want of prosecution. Appellant filed an additional motion requesting an extension of time until November 12, 2024. The Court granted that extension and advised appellant that further extensions would be highly disfavored. To date, the brief has not been tendered for filing and is

overdue.  Accordingly, we dismiss this appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Dismissed for Want of Prosecution

Filed:   January 29, 2025